UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**HAVLICEK, LADDIE** ) Bankruptcy Case No. 16-82722 TML
**HAVLICEK, SUZANNE** ) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 21, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

HAVLICEK, LADDIE
HAVLICEK, SUZANNE
34169 NORTH HAINESVILLE ROAD
ROUND LAKE, IL 60073

BRIAN K WRIGHT
WRIGHT & ASSOCIATES
584 W. STATE STREET
SYCAMORE, IL 60178
(*Via ECF Electronic Transmission*)

Presence Health
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

RRCA Accounts Management Inc
201 East Third Street
Sterling, IL 61081

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com