**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HAVLICEK, LADDIE § Case No. 16-82722
      HAVLICEK, SUZANNE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $167,101.11      Assets Exempt: $102,101.11
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,019.54      Claims Discharged
                                           Without Payment: $100,144.49

Total Expenses of Administration: $39,624.75

3) Total gross receipts of $ 100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 55,355.71 (see **Exhibit 2**), yielded net receipts of $44,644.29 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $139,686.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 39,624.75 | 39,624.75 | 39,624.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 105,088.34 | 5,019.54 | 5,019.54 | 5,019.54 |
| **TOTAL DISBURSEMENTS** | $244,774.34 | $44,644.29 | $44,644.29 | $44,644.29 |

4) This case was originally filed under Chapter 7 on November 18, 2016. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/14/2018        By: /s/JAMES E. STEVENS
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible personal injury claim claim | 1129-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Turner & Sackett Law Offices | medical liens | 8500-002 | 40,353.48 |
| Laddie Havlicek | Debtor's Claimed Personal Injury Exemption | 8100-002 | 15,000.00 |
| HAVLICEK, LADDIE | Dividend paid 100.00% on $2.23; Claim# SURPLUS; Filed: $2.23; Reference: | 8200-002 | 2.23 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$55,355.71** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Select Portfolio Servicing, Inc | 4110-000 | 139,686.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$139,686.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 5,214.43 | 5,214.43 | 5,214.43 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 4,062.50 | 4,062.50 | 4,062.50 |
| Other - Turner & Sackett Law Offices | 3210-600 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| Other - Turner & Sackett Law Offices | 3220-000 | N/A | 347.82 | 347.82 | 347.82 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $39,624.75 | $39,624.75 | $39,624.75 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Presence Health | 7100-000 | 2,954.58 | 2,954.58 | 2,954.58 | 2,954.58 |
| 1I | Presence Health | 7990-000 | 23.11 | 20.51 | 20.51 | 20.51 |
| 2 | Capital One, N.A. | 7100-000 | 1,300.00 | 1,364.20 | 1,364.20 | 1,364.20 |
| 2I | Capital One, N.A. | 7990-000 | N/A | 9.47 | 9.47 | 9.47 |
| 3 | RRCA Accounts Management Inc | 7100-000 | 666.16 | 666.16 | 666.16 | 666.16 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | RRCA Accounts Management Inc | 7990-000 | N/A | 4.62 | 4.62 | 4.62 |
| NOTFILED | Kishwaukee Hospital | 7100-000 | 356.00 | N/A | N/A | 0.00 |
| NOTFILED | Oak Brook Anesthesiologists, LTD. | 7100-000 | 384.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Hospital | 7100-000 | 93.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Hospital | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Hospital | 7100-000 | 628.00 | N/A | N/A | 0.00 |
| NOTFILED | Kare Hospital Medicine LLC | 7100-000 | 112.91 | N/A | N/A | 0.00 |
| NOTFILED | Rush Copley | 7100-000 | 114.15 | N/A | N/A | 0.00 |
| NOTFILED | Superior Ambulance Service | 7100-000 | 48.00 | N/A | N/A | 0.00 |
| NOTFILED | Valley Imaging Consultants | 7100-000 | 94.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush Copley | 7100-000 | 90.41 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Ortopaedic | 7100-000 | 262.00 | N/A | N/A | 0.00 |
| NOTFILED | Old Town Pharmacy | 7100-000 | 151.00 | N/A | N/A | 0.00 |
| NOTFILED | Inpatient Consultants of IL | 7100-000 | 1,392.00 | N/A | N/A | 0.00 |
| NOTFILED | Dreyer Medical Clinic | 7100-000 | 2,353.00 | N/A | N/A | 0.00 |
| NOTFILED | Guardian Anesthesia Assoc | 7100-000 | 1,155.00 | N/A | N/A | 0.00 |
| NOTFILED | ERMI, Inc. | 7100-000 | 243.32 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Center, Inc. | 7100-000 | 91,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Midwest Medical | 7100-000 | 89.92 | N/A | N/A | 0.00 |
| NOTFILED | Ashton Surgery Center | 7100-000 | 771.00 | N/A | N/A | 0.00 |
| NOTFILED | Claremont Hanover Park - SNF | 7100-000 | 569.58 | N/A | N/A | 0.00 |
| NOTFILED | Compass Healthcare Consul | 7100-000 | 163.20 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $105,088.34 | $5,019.54 | $5,019.54 | $5,019.54 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82722  
**Case Name:** HAVLICEK, LADDIE  
HAVLICEK, SUZANNE  
**Period Ending:** 02/14/18

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/18/16 (f)  
**§341(a) Meeting Date:** 12/22/16  
**Claims Bar Date:** 05/03/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 65 N Somonauk Rd, Cortland, IL | 110,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account: Resource Bank<br>    See Amended Schedule C filed 4/28/17. | 3,883.80 | 0.00 | | 0.00 | FA |
| 3 | Savings Account: Resource Bank<br>    See Amended Schedule C filed 4/28/17. | 2,765.97 | 0.00 | | 0.00 | FA |
| 4 | Savings Account: Resource Bank<br>    See Amended Schedule C filed 4/28/17. | 2,751.34 | 0.00 | | 0.00 | FA |
| 5 | Living room furniture, dining room furniture | 1,800.00 | 0.00 | | 0.00 | FA |
| 6 | game system, DVD's and DVD player, iPad | 800.00 | 0.00 | | 0.00 | FA |
| 7 | Family clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8 | wedding rings | 100.00 | 0.00 | | 0.00 | FA |
| 9 | quilting goods and fishing poles<br>    See Amended Schedule C filed 4/28/17. | 200.00 | 0.00 | | 0.00 | FA |
| 10 | 401(k) or Similar Plan: Teamsters Local Union | 38,000.00 | 0.00 | | 0.00 | FA |
| 11 | Possible personal injury claim claim<br>    See Order to Compromise Controversy entered July 26, 2017. | 30,000.00 | 15,000.00 | | 100,000.00 | FA |
| 12 | 2004 Jeep Liberty | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2007 Subaru Forester<br>    See Amended Schedule C filed 4/28/17. | 4,000.00 | 0.00 | | 0.00 | FA |
| 14 | Riding lawn mower<br>    See Amended Schedule C filed 4/28/17. | 300.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets  Totals** (Excluding unknown values) | **$197,101.11** | **$15,000.00** | | **$100,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 31, 2017    **Current Projected Date Of Final Report (TFR):**    August 21, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-82722  
**Case Name:** HAVLICEK, LADDIE  
HAVLICEK, SUZANNE  
**Taxpayer ID #:** **-***4028  
**Period Ending:** 02/14/18

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/17 | | Turner & Sackett Law Offices | proceeds from personal injury claim | | 29,298.70 | | 29,298.70 |
| | {11} | | total settlement    100,000.00 | 1129-000 | | | 29,298.70 |
| | | | Trustee Special    -30,000.00 attorneys fees | 3210-600 | | | 29,298.70 |
| | | | Reimbursement of    -347.82 expenses | 3220-000 | | | 29,298.70 |
| | | | medical liens    -40,353.48 | 8500-002 | | | 29,298.70 |
| 08/04/17 | 101 | Laddie Havlicek | Debtor's Claimed Personal Injury Exemption | 8100-002 | | 15,000.00 | 14,298.70 |
| 10/13/17 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $4,062.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 4,062.50 | 10,236.20 |
| 10/13/17 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $5,214.43, Trustee Compensation; Reference: | 2100-000 | | 5,214.43 | 5,021.77 |
| 10/13/17 | 104 | HAVLICEK, LADDIE | Dividend paid 100.00% on $2.23; Claim# SURPLUS; Filed: $2.23; Reference: | 8200-002 | | 2.23 | 5,019.54 |
| 10/13/17 | 105 | Capital One, N.A. | Combined Check for Claims#2,2I | | | 1,373.67 | 3,645.87 |
| | | | Dividend paid 100.00%    1,364.20 on $1,364.20; Claim# 2; Filed: $1,364.20 | 7100-000 | | | 3,645.87 |
| | | | Dividend paid 100.00%    9.47 on $9.47; Claim# 2I; Filed: $9.47 | 7990-000 | | | 3,645.87 |
| 10/13/17 | 106 | Presence Health | Combined Check for Claims#1,1I | | | 2,975.09 | 670.78 |
| | | | Dividend paid 100.00%    2,954.58 on $2,954.58; Claim# 1; Filed: $2,954.58 | 7100-000 | | | 670.78 |
| | | | Dividend paid 100.00%    20.51 on $20.51; Claim# 1I; Filed: $20.51 | 7990-000 | | | 670.78 |
| 10/13/17 | 107 | RRCA Accounts Management Inc | Combined Check for Claims#3,3I | | | 670.78 | 0.00 |
| | | | Dividend paid 100.00%    666.16 on $666.16; Claim# 3; Filed: $666.16 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    4.62 on $4.62; Claim# 3I; Filed: $4.62 | 7990-000 | | | 0.00 |

Subtotals :    $29,298.70    $29,298.70

{} Asset reference(s)

Printed: 02/14/2018 10:00 AM    V.13.32

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 16-82722 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | HAVLICEK, LADDIE | | **Bank Name:** | Rabobank, N.A. |
| | HAVLICEK, SUZANNE | | **Account:** | ******8166 - Checking Account |
| **Taxpayer ID #:** | **-***4028 | | **Blanket Bond:** | $4,396,000.00   (per case limit) |
| **Period Ending:** | 02/14/18 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | **29,298.70** | **29,298.70** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **29,298.70** | **29,298.70** | |
| | | | Less: Payments to Debtors | | | 15,002.23 | |
| | | | **NET Receipts / Disbursements** | | **$29,298.70** | **$14,296.47** | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******8166** | | 29,298.70 | 14,296.47 | 0.00 |
| | | **$29,298.70** | **$14,296.47** | **$0.00** |